IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. <br>    Plaintiff <br><br> V. <br><br> ARTESYN TECHNOLOGIES, INC., ET AL. <br>    Defendants | No. 2:11CV444 |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby

**ORDERED** that SynQor, Inc.'s Emergency Motion for Order Requiring Non-Party Cisco Systems, Inc. to Show Cause Why it Should Not Be Held in Contempt of the Permanent Injunction Entered by the Court (Dkt. No. 2) is **DENIED WITHOUT PREJUDICE TO REFILING.**

It is SO ORDERED.

SIGNED this 12th day of June, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE