# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>MURATA ELEC. NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC., and<br>POWER-ONE, INC.<br><br>               Defendants. | Civ. No. 2:11-CV-444-MHS-CMC |

## SYNQOR, INC.'S NOTICE OF COMPLIANCE REGARDING PRETRIAL DISCLOSURES

SynQor files this Notice of Compliance Regarding Pretrial Disclosures hereby notifying the Court and counsel for Defendants that on August 24, 2012, SynQor served its initial exhibit list, deposition designations and witness list in accordance with the Court's April 2, 2012 Scheduling/Docket Control Order (Dkt. 107).

| | |
|---|---|
| Dated:  August 28, 2012 | */s/ David T. DeZern*<br>**Thomas D. Rein** (*admitted pro hac vice*)<br>Lead Attorney<br>trein@sidley.com<br>**Stephanie P. Koh** (*admitted pro hac vice*)<br>skoh@sidley.com<br>**Bryan C. Mulder**  (*admitted pro hac vice*)<br>bmulder@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:    312.853.7000<br>Facsimile:     312.853.7036<br><br>**Michael D. Hatcher**<br>Texas State Bar No. 24027067<br>mhatcher@sidley.com<br>**David T. DeZern**<br>Texas State Bar No. 24059677<br>ddezern@sidley.com<br>SIDLEY AUSTIN LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX 75201<br>Telephone:    214.981.3300<br>Facsimile:     214.981.3400<br><br>***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.*** |

### **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2012.

 */s/ David T. DeZern*
 David T. DeZern