# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                      Plaintiff,<br><br>    v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>MURATA ELEC. NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC., and<br>POWER-ONE, INC.<br><br>                      Defendants. | Civ. No. 2:11-CV-00444-MHS-CMC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff SynQor, Inc. hereby appeals pursuant to 28 U.S.C. § 1295 to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on March 31, 2014 (Docket No. 576) and all other orders, opinions, judgments, and rulings pertinent or ancillary to the foregoing, including without limitation the Memorandum Order on Reports and Recommendations of July 29, 2013 (Docket No. 482, adopting Report and Recommendations at Docket Nos. 445 and 446).

Dated:  April 29, 2014                                     */s/ Thomas D. Rein*
                                                              **Thomas D. Rein** (*admitted pro hac vice*)
                                                              Lead Attorney
                                                               trein@sidley.com
                                                              **Stephanie P. Koh** (*admitted pro hac vice*)
                                                               skoh@sidley.com
                                                               **Bryan C. Mulder**  (*admitted pro hac vice*)
                                                               bmulder@sidley.com
                                                               SIDLEY AUSTIN LLP
                                                               One South Dearborn
                                                               Chicago, IL 60603

Telephone: 312.853.7000
Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on counsel for Defendants via the Court's CM/ECF system on April 29, 2014.

*/s/ Bryan C. Mulder*
Bryan C. Mulder