**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC., <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., *et al* | Civil Action No. 2:11-cv-444 [MHS-CMC] |

**DEFENDANTS MURATA ELECTRONICS NORTH AMERICA, INC.,**
**MURATA MANUFACTURING CO., LTD., AND**
**MURATA POWER SOLUTIONS, INC.**
**NOTICE OF COMPLIANCE WITH COURT'S ORDER (DKT. 1-1)**

Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc. provide notice that they complied with the Court's Order dated September 29, 2011 in that on April 30, 2014 they produced to plaintiff reports including worldwide sales data for each of their unregulated and semi-regulated bus converters for the quarter beginning January 1, 2014 and ending March 31, 2014.

Dated:   April 30, 2014

| | |
|---|---|
| **Michael E. Jones** <br> State Bar No. 10929400 <br> mikejones@potterminton.com <br> **E. Glenn Thames, Jr.** <br> State Bar No. 00785097 <br> glennthames@potterminton.com <br> POTTER MINTON <br> A Professional Corporation <br> 500 Plaza Tower <br> 110 North College Avenue <br> Tyler, TX 75702 <br> Telephone: 903-597-8311 <br> Facsimile: 903-593-0846 | */s/ E. Glenn Thames, Jr.* <br> **Steven C. Cherny** (pro hac vice) <br> steven.cherny@kirkland.com <br> **Sarah K. Tsou** (pro hac vice) <br> sarah.tsou@kirkland.com <br> **Simeon G. Papacostas** (pro hac vice) <br> simeon.papacostas@kirkland.com <br> **Diwei Zhang** (pro hac vice) <br> diwei.zhang@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022-4611 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-6460 |

**Eric R. Lamison** (pro hac vice)
eric.lamison@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94101
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

**John C. O'Quinn** (pro hac vice)
john.oquinn@kirkland.com
**Jason M. Wilcox** (pro hac vice)
jason.wilcox@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Counsel for Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.