# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SYNQOR, INC.,

v.

ARTESYN TECHNOLOGIES, INC., ET AL.

Cause No. 2:11-cv-444

## ORDER

Before the Court is the Joint Motion to Extend Fed. R. Civ. P. 54 and Local Rule CV-54 Deadline.

Finding the motion well-taken, the Court hereby GRANTS the motion. The deadline by which the parties may submit Fed. R. Civ. P. 54 and Local Rule CV-54 submissions is extended to the following:

| Description of Deadline | Deadline |
| --- | --- |
| Last court day to file and serve bill of costs (FRCP 54(d)(1) and Local Rule CV-54) | May 2, 2014 |

**It is SO ORDERED.**

**SIGNED this 29th day of April, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

{A35/07909/1/W1168215.1 }