**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC. <br><br> Plaintiff, <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., <br> ASTEC AMERICA, INC., <br> BEL FUSE INC., <br> MURATA ELEC. NORTH AMERICA, INC., <br> MURATA MANUFACTURING CO., LTD., <br> MURATA POWER SOLUTIONS INC., and <br> POWER-ONE, INC. <br><br> Defendants. | Civ. No. 2:11-CV-00444-MHS-CMC |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff SynQor, Inc. hereby appeals pursuant to 28 U.S.C. § 1295 to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment entered in this action on April 30, 2014 (Docket No. 586) and all other orders, opinions, judgments, and rulings pertinent or ancillary to the foregoing, including without limitation the Final Judgment entered in this action on March 31, 2014 (Docket No. 576) and the Memorandum Order on Reports and Recommendations of July 29, 2013 (Docket No. 482, adopting Report and Recommendations at Docket Nos. 445 and 446).

SynQor previously filed its Notice of Appeal in this action on April 29, 2014 (Docket No. 581), appealing the March 31, 2014, Final Judgment and all other orders, opinions, judgments, and rulings pertinent or ancillary to the foregoing, including without limitation the July 29, 2013, Memorandum Order on Reports and Recommendation. This appeal has now been docketed in the Federal Circuit as Case No. 2014-1459. After SynQor filed its Notice of Appeal, the district court issued the Amended Final Judgment. The Amended Final Judgment did not make any

substantive changes, but merely explicitly incorporated the July 29, 2013, Memorandum Order on Reports and Recommendations into the Final Judgment.  Accordingly, SynQor believes that its initial Notice of Appeal already properly presents all appealable rulings for review. Nevertheless, in an abundance of caution and to preserve all rights, SynQor is filing this Amended Notice of Appeal.

Dated:   May 9, 2014

*/s/ Bryan C. Mulder*
**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder**  (*admitted pro hac vice*)
bmulder@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:    312.853.7000
Facsimile:     312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:    214.981.3300
Facsimile:     214.981.3400

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on counsel for Defendants via the Court's CM/ECF system on May 9, 2014.

*/s/ Bryan C. Mulder*
Bryan C. Mulder